```
                IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF HAWAII

DOUGLAS BRUCE HIMMELFARB,      )   CIVIL NO. 14-00258 LEK-RLP
                               )
          Plaintiff,           )
                               )
     vs.                       )
                               )
FIRST INTERNATIONAL DIAMOND,   )
INC. and OVED ANTER,           )
                               )
          Defendants.          )
_____)
```

**ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO**
**WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL**

On May 29, 2014, United States Bankruptcy Judge Robert J. Faris issued a Recommendation to District Court to Withdraw Reference in Order to Schedule and Conduct Jury Trial ("Recommendation"), in which he recommended that the district court withdraw the reference for this adversary proceeding for the limited purposes of opening a civil case and setting a date for a jury trial. [Dkt. no. 1-1.] Judge Faris also recommended that the district court leave the proceeding in the bankruptcy court for all other purposes until sixty days prior to the trial date to facilitate prompt resolution of this matter and to allow the bankruptcy court to set meaningful deadlines for the completion of all pretrial matters. [Id. at 2.]

Having considered Judge Faris's Recommendation and good cause appearing therefore, this Court HEREBY WITHDRAWS the reference as detailed above. A Scheduling Conference to set a

trial date and deadlines for trial-related submissions shall be held before United States Magistrate Judge Richard L. Puglisi on **Thursday, July 3, 2014 at 9:00 a.m.** Judge Faris shall retain jurisdiction over the adversary proceeding for all other purposes until sixty days prior to the trial date to facilitate prompt resolution of this matter and to set meaningful deadlines for the completion of all pretrial matters.

        IT IS SO ORDERED.

        DATED AT HONOLULU, HAWAII, June 4, 2014.



        /s/ Leslie E. Kobayashi
        Leslie E. Kobayashi
        United States District Judge

**DOUGLAS BRUCE HIMMELFARB VS. FIRST INTERNATIONAL DIAMOND, INC., ET AL; CIVIL NO. 14-00258 LEK-RLP; ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE IN ORDER TO SHOW SCHEDULE AND CONDUCT JURY TRIAL**